IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NATHANIEL WASHINGTON                                                                              PLAINTIFF

v.                                    Case No. 5:11CV00312 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 30th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE